**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL CRISS,**

      **Plaintiff,**

**-vs-**             Case No. 6:08-cv-1625-Orl-35DAB

**SCHOOL BOARD OF ORANGE**
**COUNTY, FLORIDA,**

      **Defendant.**
_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO COMPEL COMPLETE RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT (Doc. No. 30)**
>
> **FILED:** April 9, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

Plaintiff filed his Motion to Compel and for Attorney's Fees (Doc. No. 30) on April 9, 2009; Defendant filed its Response (Doc. No. 31) on April 20, 2009. Based on Defendant's counsel's representations, there was no good faith conference in person or by telephone as required pursuant to Local Rule 3.01(g). Setting unilateral deadlines in emails is insufficient to constitute a good faith conference. *See* Doc. No. 31. Particularly in light of the fact that the Defendant is the Orange County School Board, the eleventh largest school district in the country, a six-day (or longer) meritorious extension is reasonable and should have been accommodated. It appears that Defendant did not

dispute the responses were due by March 31 (and responded to many of them by that date), but it required a brief extension to comply with certain other requests; Defendant has now responded to all requests. *See* Doc. No. 31. To the extent both parties seek attorney's fees, they are denied. Counsel is cautioned that such discovery issues going forward should be resolved through their good faith efforts, rather than resorting to the filing of motions, in order to conserve judicial resources.

**DONE** and **ORDERED** in Orlando, Florida on April 21, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record